RECEIVED
IN LAKE CHARLES, LA
AUG 2 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CORVEL CORPORATION | : | DOCKET NO. 06-CV-524 |
| VS. | : | JUDGE MINALDI |
| PAIN MANAGEMENT–<br>KEVIN GORIN, MD, ET AL | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM ORDER

Before the court is plaintiff's Motion to Transfer [doc. 9]. The motion is unopposed.

Having considered the law and argument in this case, the court finds that the instant matter involves similar facts, parties, and legal issues as: *Liberty Mutual Ins. Co. v. Gunderson*, 2:04-cv-02405; *Shamieh v. American Interstate Ins. Co.*, 2:06-cv-00242; *CCN Managed Care Inc. v. Fayez Shamieh*, 2:06-cv-00519; *Corvel Corp v. Southwest La. Hosp. Ass'n*, 2:05-cv-01330; and *Bridgefield Cas. Ins. Co v. Fayez K. Shamieh*, 2:06-cv-00718. All of these matters are currently pending before Judge Trimble.

A transfer is therefore warranted to avoid inconsistent rulings, as well as to avoid duplication and piecemeal resolution of issues. The likelihood of substantial overlap among the pending lawsuits has been established. Therefore, this case should be transferred to Judge Trimble, as he was assigned the first-filed, related case.

"The 'first to file' rule is grounded in principles of comity and sound judicial administration. 'The federal courts have long recognized that the principle of comity requires federal district courts...to exercise care to avoid interference with each others's affairs.'" *Save*

*Power Ltd. v. Syntek Finance Corp.*, 121 F.3d 947, 950 (5th Cir. 1997) (citing *West Gulf Maritime Assn v. ILA Deep Sea Local 24*, 751 F.2d, 721, 728 (5th Cir. 1985)). Accordingly,

IT IS ORDERED that the Motion to Transfer is GRANTED.

IT IS FURTHER ORDERED that this case, *Corvel v. Pain Management–Kevin Gorin, M.D., et al.*, 2:06-cv-00524, including all pending motion, be transferred to Judge James T. Trimble, Jr.

Lake Charles, Louisiana, this 21 day of August, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT